DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
STEVEN RALPH RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:06-cr-340 MCE |
|---|---|---|
| | ) | 2:11-cr-187 MCE |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | |
| | ) | Date: September 29, 2011 |
| STEVEN RALPH RUSSELL, | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England |
| Defendant. | ) | |
| _____ | ) | |

It is hereby stipulated between the parties, Assistant Federal Defender BENJAMIN GALLOWAY, attorney for the defendant, and Assistant United States Attorney MATTHEW MORRIS, attorney for the plaintiff, that the Status Conference/Revocation hearing of September 2, 2011, be vacated and reset for September 29, 2011, at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

1    Speedy trial time is to be excluded from the date of this order
2    through the date of the Status Conference/Revocation hearing set for
3    September 29, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv)
4    [reasonable time to prepare] (Local Code T4).

6    DATED: August 29, 2011            Respectfully submitted,

7                                      DANIEL J. BRODERICK
                                       Federal Defender

8                                      /S/ Benjamin Galloway
9                                      BENJAMIN GALLOWAY
                                       Assistant Federal Defender
10                                     Attorney for Defendant
                                       STEPHEN RUSSELL

12   DATED: August 29, 2011            BENJAMIN B. WAGNER
13                                     United States Attorney

14                                     /s/ Benjamin Galloway for
                                       MATTHEW MORRIS
15                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order. It is hereby ordered that the presently set September 2, 2011 Status Conference/Revocation hearing shall be continued to September 29, 2011, at 9:00 a.m. It is further ordered that the time period from the date of the parties' stipulation, September 2, 2011, through and including the date of the new Status Conference/Revocation hearing, September 29, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: September 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE