UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN RUSSELL,<br><br>    Defendant.<br>_____/ | Case No. 2:11-cr-00187 and related case 2:06-cr-00340<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release STEVEN RUSSELL, Case No. 2:11-cr-00187 and related case 2:06-cr-00340, from custody for the following reasons:

    \_\_\_\_    Release on Personal Recognizance

    \_\_\_\_    Bail Posted in the Sum of $\_\_\_\_

    \_\_\_\_    Unsecured Appearance Bond

    \_\_\_\_    Appearance Bond with 10% Deposit

    \_\_\_\_    Appearance Bond with Surety

    \_\_\_\_    Corporate Surety Bail Bond

    \_\_X\_\_    (Other): Pursuant to the Court's Order and Judgment of time served.

Issued in Sacramento, California on January 26, 2012.

Dated: January 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE